IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LAVONNE VELTKAMP,<br><br>      Plaintiff,<br><br>  v.<br><br>MCDONALD'S CORPORATION, MCDONALD'S USA, LLC, TAYLOR FRESH FOODS, INC. d/b/a TAYLOR FARMS, and JOHN DOE DEFENDANTS 3-50,<br><br>      Defendants. | CV 25–61–M–DLC<br><br><br><br>ORDER |

Before the Court are Defendants Taylor Fresh Foods, Inc. d/b/a Taylor Farms's ("Taylor Farms") motions for the admission of attorneys P. Andrew McStay, Jr. and Michaela A. Giuggio, *pro hac vice*, in the above-captioned matter. (Docs. 14; 15.) It appears that Robert C. Lukes of Garlington, Lohn & Robinson, PLLP will serve as local counsel in this matter. (Docs 14 at 1; 15 at 1.) The applications (Docs. 14-1; 15-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motions (Docs. 14; 15) are GRANTED on the condition that Mr. McStay and Ms. Giuggio do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. McStay and Ms.

1

Giuggio shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McStay and Ms. Giuggio file separate pleadings acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 21st day of April, 2026.

Dana L. Christensen, District Judge
United States District Court