IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LAVONNE VELTKAMP,<br><br>　　　　Plaintiff,<br>　v.<br><br>MCDONALD'S CORPORATION,<br>MCDONALD'S USA, LLC, TAYLOR<br>FRESH FOODS, INC. d/b/a TAYLOR<br>FARMS, and JOHN DOE<br>DEFENDANTS 3-50,<br><br>　　　　Defendants. | CV 25–61–M–DLC<br><br><br>ORDER |

Before the Court is Defendants McDonald's Corporation and McDonald's USA LLC's motion for the admission of attorney Christopher T. Lee, *pro hac vice*, in the above-captioned matter. (Doc. 19.) It appears that Alissa M. Mellem of Parsons Behle & Latimer will serve as local counsel in this matter. (*Id.* at 1.) Mr. Lee's application (Docs. 19-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED on the condition that Mr. Lee does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Lee shall take steps to register in the Court's electronic

1

filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Lee files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 30th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court

2